UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

---------------------------------------------------------x
                                                         )
FINE FURNITURE (SHANGHAI) LIMITED                        )
                                                         )
                                                         )
                                                         )
                                                         )
                          Plaintiff,                     )
                                                         )   Ct. No. 16-00145
            v.                                           )   (consol.)
                                                         )
UNITED STATES,                                           )
                                                         )
                          Defendant.                     )
                                                         )
---------------------------------------------------------x

## ORDER

Upon consideration of the Letter in Lieu of Motion for Judgment Upon the Agency Record Pursuant to Rule 56.2 of Jiangsu Senmao Bamboo and Wood Industry Co., Ltd., Fusong Jinlong Wooden Group Co., Ltd., Linyi Youyou Wood Co., Ltd., Sino-Maple (Jiangsu) Co., Ltd., Jiafeng Wood (Suzhou) Co., Ltd., A&W (Shanghai) Woods Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Fusong Qianqiu Wooden Product Co., Ltd., Fusong Jinqiu Wooden Product Co., Ltd., Dalian Qianqiu Wooden Product Co., Ltd., Baishan Huafeng Wooden Product Co., Ltd., Zhejiang Biyork Wood Co., Ltd., Hailin Linjing Wooden Products, Ltd., Guangzhou Panyu Kangda Board Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Suzhou Dongda Wood Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, Jiashan Huijiale Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Benxi Wood Company, Anhui Longhua Bamboo Product Co., Ltd., and Pinge Timber Manufacturing (Zhejiang) Co., Ltd. (collectively, "Senmao Plaintiffs"), having reviewed the responses thereto, and all other pleadings, papers and proceeding herein, it is hereby:

**ORDERED**, that the Letter in Lieu of Motion for Judgment Upon the Agency Record Pursuant to Rule 56.2 of Senmao Plaintiffs is GRANTED; and it is further

**ORDERED**, that the decision of the U.S. Department of Commerce in *Multilayered Wood Flooring from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2013-2014*, 81 Fed. Reg. 46,899 (Dep't Commerce July 19, 2016) and related Issues and Decision Memorandum, as amended *Multilayered Wood Flooring from the People's Republic of China: Correction to the Final Results of Antidumping Duty Administrative Review*, 81 Fed. Reg. 53,120 (Dep't Commerce Aug. 11, 2016) is remanded to Commerce, with instructions to recalculate the antidumping duty margin for Fine Furniture (Shanghai) Limited and for separate rate respondents, including Senmao Plaintiffs, in accordance with the Court's Opinion; and it is further

**ORDERED**, that Commerce shall provide the Court and the parties with revised results within 60 days of this order. Parties shall have 30 days to submit briefs on the revised results to the Court. Responses to the briefs shall be filed within 15 days.


Dated: _____                                    _____
       New York, New York                                 Richard K. Eaton, Senior Judge

# HUSCH BLACKWELL

Jeffrey S. Neeley
Partner

750 17th St. N.W., Suite 900
Washington, DC 20006-4675
Direct: 202.378.2357
Fax: 202.378.2319
jeffrey.neeley@huschblackwell.com

March 6, 2017

The Honorable Richard K. Eaton, Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: **Fine Furniture (Shanghai) Limited v. United States, Consol. Ct. No. 16-00145: Letter in Lieu of a Motion in Support of Arguments of Plaintiff Fine Furniture (Shanghai) Limited and Intervenor Plaintiff Lumber Liquidators Services, LLC**

Dear Judge Eaton:

This letter is submitted on behalf of Consolidated Plaintiffs Jiangsu Senmao Bamboo and Wood Industry Co., Ltd., Fusong Jinlong Wooden Group Co., Ltd., Linyi Youyou Wood Co., Ltd., Sino-Maple (Jiangsu) Co., Ltd., Jiafeng Wood (Suzhou) Co., Ltd., A&W (Shanghai) Woods Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Fusong Qianqiu Wooden Product Co., Ltd., Fusong Jinqiu Wooden Product Co., Ltd., Dalian Qianqiu Wooden Product Co., Ltd., Baishan Huafeng Wooden Product Co., Ltd., Zhejiang Biyork Wood Co., Ltd., Hailin Linjing Wooden Products, Ltd., Guangzhou Panyu Kangda Board Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Suzhou Dongda Wood Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, Jiashan Huijiale Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Benxi Wood Company, Anhui Longhua Bamboo Product Co., Ltd., and Pinge Timber Manufacturing (Zhejiang) Co., Ltd. (collectively, "Senmao Plaintiffs") in lieu of a Motion and brief and in response to the Court's November 29, 2016, Scheduling Order and subsequent January 20, 2017 Order granting Motion for extension of time to file briefs.

Senmao Plaintiffs agree with the arguments presented by Plaintiff Fine Furniture (Shanghai) Limited in support of its February 27, 2017 Motion for Judgment upon the Agency Record Pursuant to Rule 56.2. Senmao Plaintiffs also agree with the arguments included in Plaintiff-Intervenor Lumber Liquidators Services, LLC's comments, submitted March 6, 2017. We adopt by reference all such arguments and move for judgement consistent with the attached order.

**HUSCH BLACKWELL**

Please contact us if you have any questions regarding this submission, or require any additional information.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ Jeffrey S. Neeley
Jeffrey S. Neeley
Michael S. Holton

WDC-65963-1