Slip Op. 21–27

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FINE FURNITURE (SHANGHAI) LIMITED, ET AL., <br><br>    Plaintiffs,<br><br>and<br><br>ARMSTRONG WOOD PRODUCTS (KUNSHAN) CO., LTD., GUANGDONG YIHUA TIMBER INDUSTRY CO., LTD., OLD MASTER PRODUCTS, INC., LUMBER LIQUIDATORS SERVICES, LLC, SHANGHAI LAIRUNDE WOOD CO., LTD., CHANGZHOU HAWD FLOORING CO., LTD., DALIAN HUILONG WOODEN PRODUCTS CO., LTD., DUNHUA CITY JISEN WOOD INDUSTRY CO., LTD., DUNHUA CITY DEXIN WOOD INDUSTRY CO., LTD., DUNHUA CITY HONGYUAN WOOD INDUSTRY CO., LTD., JIAXING HENGTONG WOOD CO., LTD., KARLY WOOD PRODUCT LIMITED, YINGYI-NATURE (KUNSHAN) WOOD INDUSTRY CO., LTD., XIAMEN YUNG DE ORNAMENT CO., LTD., ZHEJIANG SHUIMOJIANGNAN NEW MATERIAL TECHNOLOGY CO., LTD.,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Richard K. Eaton, Judge<br><br>Consol. Court No. 16-00145 |

## JUDGMENT

Before the court is the United States Department of Commerce's ("Commerce" or the

"Department") corrected remand redetermination ("Remand Results"), ECF No. 183, issued pursuant to the court's order dated August 25, 2020, ECF No. 174.

Because individually examined respondent and Plaintiff Fine Furniture (Shanghai) Limited is no longer subject to the antidumping duty order on multilayered wood flooring from China,[1] it was necessary for Commerce to recalculate its separate rate. *See Fine Furniture (Shanghai) Ltd. v. United States*, No. 2019-1499, 2020 WL 8254416, at *1 (Fed. Cir. Aug. 4, 2020) (citing *Changzhou Hawd Flooring Co. v. United States*, 947 F.3d 781, 793-94 (Fed. Cir. 2020)).

In its August 25, 2020 order, the court directed Commerce to reconsider its calculation of the rate applicable to separate rate respondents, and dismissed Plaintiff-Intervenor Armstrong Wood Products (Kunshan) Co., Ltd. from the case.

In response, Commerce issued the Remand Results, stating that

> Commerce has revised the separate rate for those companies which were granted a separate rate in the *Final Results* and were party to this litigation. The revised separate rate is 0.00 percent, based solely on [Dalian Penghong Floor Products Co., Ltd./ Dalian Shumaike Floor Manufacturing Co., Ltd.'s] weighted-average dumping margin.

Remand Results at 6.

The court finds that Commerce has complied with its instructions because the Department recalculated the rate applicable to separate rate respondents based on the sole remaining individually examined respondent's weighted-average dumping margin.

No party contests the Remand Results. *See* Certain Consol. Pls.' Comments on Corrected Remand Redetermination, ECF No. 185; Certain Consol. Pls.' Comments on Remand Results, ECF. No. 186; Pl.-Intervenor Guangdong Yihua Timber Industry Co.'s Comments on Remand

---

[1] *See Multilayered Wood Flooring From the People's Rep. of China: Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order*, 76 Fed. Reg. 76,690 (Dep't Commerce Dec. 8, 2011), as amended in *Multilayered Wood Flooring From the People's Rep. of China: Amended Antidumping and Countervailing Duty Orders*, 77 Fed. Reg. 5484 (Dep't Commerce Feb. 3, 2012).

Results, ECF No. 187; Def.'s Comments on Remand Results, ECF No. 188. There being no further dispute in this matter, it is hereby

    **ORDERED** that the Remand Results are sustained.

                                             /s/ Richard K. Eaton
                                               Richard K. Eaton, Judge

Dated:      March 3, 2021
               New York, New York